

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Raymond Earl Freeman,                    * From the 70th District
                                           Court of Ector County,
                                           Trial Court No. A-31,685.

Vs. No. 11-14-00181-CR                   * July 24, 2014

The State of Texas,                      * Per Curiam Memorandum Opinion
                                           (Panel consists of: Wright, C.J.,
                                           Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.